IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GORDON H. GROLAND,

Appellant,

v.

SUNTRUST MORTGAGE, INC.,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3383

Opinion filed September 19, 2014.

An appeal from the Circuit Court for Alachua County.
Stanley H. Griffis, III, Judge.

Gordon H. Groland, pro se, Appellant.

Nicole R. Ramirez of Douglas C. Zahm, P.A., St. Petersburg, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, PADOVANO, and RAY, JJ., CONCUR.